IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| M.D., by her next friend, Sarah R. Stukenberg, *et al.*, | § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 2:11-CV-00084 |
| GREG ABBOTT, in his official capacity as Governor of the State of Texas, *et al.*, | § § § § § | |
| *Defendants.* | § | |

## NOTICE OF APPEAL

Notice is hereby given that defendants Greg Abbott, in his official capacity as Governor of the State of Texas, Cecile Erwin Young, in her official capacity as Executive Commissioner of the Health and Human Services Commission of the State of Texas, and Stephanie Muth, in her official capacity as Commissioner of the Department of Family and Protective Services of the State of Texas, appeal to the United States Court of Appeals for the Fifth Circuit from the Order entered in this action on April 15, 2024 (Dkt. 1560), and from all other adverse orders, rulings, decrees, decisions, opinions, memoranda, conclusions, or findings preceding, leading to, merged in, subsumed in, impacting within, identified within, or included within that order. *See In re U.S. Bureau of Prisons*, 918 F.3d 431, 436–38 (5th Cir. 2019) (holding contempt order is appealable final order under 28 U.S.C. § 1291).

Date: April 16, 2024

**KEN PAXTON**
  Attorney General

**BRENT WEBSTER**
  First Assistant Attorney General

**JAMES LLOYD**
  Deputy Attorney General for Civil Litigation

  */s/ Kimberly Gdula*
**KIMBERLY GDULA**
  State Bar No. 24052209
  Southern District No. 10092074
  Chief
  General Litigation Division
**KARL E. NEUDORFER**
  State Bar No. 24053388
  Southern District No. 725939
  Assistant Attorney General
  Administrative Law Division
**CLAYTON R. WATKINS**
  State Bar No. 24103982
  Southern District No. 3663032
  Assistant Attorney General
  Administrative Law Division

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2120
(512) 370-0667 – Fax
kimberly.gdula@oag.texas.gov
karl.neudorfer@oag.texas.gov
clayton.watkins@oag.texas.gov

ATTORNEYS FOR DEFENDANTS

Respectfully submitted,

  */s/ Allyson N. Ho*
**ALLYSON N. HO**
  *Attorney-in-Charge*
  State Bar No. 24033667
  Southern District No. 1024306
**BRADLEY G. HUBBARD**
  State Bar No. 24090174
  Southern District No. 3450976
**JOHN ADAMS**
  State Bar No. 24097277
  Southern District No. 3004597
**SAVANNAH SILVER**
  State Bar No. 24129020
  Southern District No. 3844454
**JASON MUEHLHOFF**
  State Bar No. 24135719
  Southern District No. 3865730

Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
(214) 698-3100
(214) 571-2900 – Fax
aho@gibsondunn.com
bhubbard@gibsondunn.com
jsadams@gibsondunn.com
ssilver@gibsondunn.com
jmuehlhoff@gibsondunn.com

**PRERAK SHAH**
  State Bar No. 24075053
  Southern District No. 2137529

Gibson, Dunn & Crutcher LLP
811 Main Street, Suite 3000
Houston, Texas 77002
(346) 718-6600
(346) 718-6620 – Fax
pshah@gibsondunn.com

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I certify that on April 16, 2024, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the electronic case filing system, which automatically provided notice to all attorneys of record.

/s/ Allyson N. Ho
Allyson N. Ho
