# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

November 07, 2024

Ms. Allyson Newton Ho  
Gibson, Dunn & Crutcher, L.L.P.  
2001 Ross Avenue  
Suite 2100  
Dallas, TX 75201

    No. 24-40248   M.D. v. Abbott  
                       USDC No. 2:11-CV-84

Dear Counsel:

This letter will serve to confirm my voicemail and email this date advising the parties that the court has requested a response to the Petition for Rehearing En Banc filed by Appellees be filed in this office on or before **November 18, 2024**.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By: _____  
                       Rebecca L. Leto, Deputy Clerk  
                       504-310-7703

cc:   Mr. John Stewart Adams  
      Mr. Jorge Benjamin Aguinaga  
      Mr. David Baloche  
      Ms. Morgan Brungard  
      Mr. Stephen Andrew Dixon  
      Mrs. Kimberly A. Gdula  
      Ms. Dori Kornfeld Goldman  
      Ms. Tara Grigg Green  
      Ms. Marcy Hogan Greer  
      Mr. Stephen J. Hammer  
      Mr. Bradley G. Hubbard  
      Ms. Marcia Lowry  
      Mr. Barry Frank McNeil  
      Mr. Raffi Melkonian  
      Mr. Jason Muehlhoff  
      Ms. Lanora Christine Pettit  
      Mr. Prerak Shah  
      Ms. Savannah Silver  
      Mr. Christian J. Ward  
      Ms. Alena Weicher  
      Ms. Laura Welikson  
      Mr. R. Paul Yetter