No. 24-40248

# In the United States Court of Appeals for the Fifth Circuit

M. D., by next friend SARAH R. STUKENBERG; D. I., by next friend NANCY G. POFAHL; Z. H., by next friend CARLA B. MORRISON; S. A., by next friend JAVIER SOLIS; A. M., by next friend JENNIFER TALLEY; J. S., by next friend ANNA J. RICKER; K. E., as next friend JOHN W. CLIFF, JR.; M. R., as next friend BOBBIE M. YOUNG; J. R., as next friend BOBBIE M. YOUNG; H. V., by next friend ANNA J. RICKER; P. O., as next friend ANNA J. RICKER; L. H., as next friend ESTELA C. VASQUEZ; C. H., by next friend ESTELA C. VASQUEZ; S. R., as next friend BOBBIE M. YOUNG; S. S., as next friend ESTELA C. VASQUEZ; A. R., as next friend TOM MCKENZIE, individually and on behalf of all others similarly situated,
*Plaintiffs – Appellees*,

v.

GREG ABBOTT, in his official capacity as GOVERNOR OF THE STATE OF TEXAS; CECILE ERWIN YOUNG, in her official capacity as EXECUTIVE COMMISSIONER OF THE HEALTH AND HUMAN SERVICES COMMISSION OF THE STATE OF TEXAS; STEPHANIE MUTH, in her official capacity as COMMISSIONER OF TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES,
*Defendants – Appellants*.

On Appeal from the U.S. District Court for the Southern District of Texas, Corpus Christi Division, Case No. 2:11-cv-84

**APPELLANTS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PETITION FOR REHEARING EN BANC**

Ken Paxton
*Attorney General of Texas*

Brent Webster
*First Assistant Attorney General*

Aaron Nielson
Lanora Pettit
Kimberly Gdula
Karl E. Neudorfer
Clayton R. Watkins
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548, Capitol Station
Austin, Texas 78711
Telephone: (512) 463-2120

Allyson N. Ho
*Counsel of Record*
Bradley G. Hubbard
Stephen J. Hammer
Savannah C. Silver
Jason Muehlhoff
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201
Telephone: (214) 698-3100

Prerak Shah
GIBSON, DUNN & CRUTCHER LLP
811 Main Street, Suite 3000
Houston, Texas 77002
Telephone: (346) 718-6600

COUNSEL FOR DEFENDANTS-APPELLANTS

## Appellants' Unopposed Motion to Extend Time

Pursuant to Federal Rule of Appellate Procedure 27 and Fifth Circuit Rule 27, Appellants respectfully request a 28-day extension of time, to December 16, 2024, to file their response to Appellees' petition for rehearing en banc. This is Appellants' first request for an extension of time. Appellees do not oppose this request.

1. On October 11, 2024, this Court published its opinion in this matter.

2. On October 25, 2024, Appellees filed a petition for rehearing en banc.

3. On November 7, 2024, this Court directed Appellants to respond to the petition by November 18, 2024.

4. Appellants respectfully request an extension to December 16, 2024, to respond to the petition for rehearing en banc. Good cause supports the requested extension because counsel for Appellants has a number of scheduling conflicts in other matters. *See* 5th Cir. R. 31.4.2(a). These conflicts include anticipated briefing deadlines in *Alta Power LLC v. Gen. Elec. Int'l, Inc.*, No. 3:23-CV-270-X (N.D. Tex.); *In re AT&T Securities Litigation*, No. 24-cv-01196-N (N.D. Tex.); *Nicole Roberts,*

*Individually and Derivatively on behalf of R Partnership, LLC v. Scott Roberts, Individually and Derivatively on behalf of R Partnership, LLC*, No. 03-24-00668-cv (Tex. App.—Austin); *Messer Helium Cliffside LLC v. Cliffside Refiners L.P.*, No. 07-24-00315-cv (Tex. App.—Amarillo); *Chen v. Hillsdale College*, No. 24-1788 (6th Cir.); *Blum et al. v. AT&T Corp. et al.*, No. 6:23-cv-01748 (W.D. La.); and oral argument in *State of Louisiana v. OptumRX, Inc. & United Healthcare of Louisiana, Inc. d/b/a United Healthcare Community Plan*, No. 2024CA0543 (La. App. 1st Cir.). Some of the briefing deadlines are unmovable due to the needs of the client and the oral argument date is set by the court.

5. The requested extension of time will not prejudice the Court or the parties.

## CONCLUSION

For these reasons, Appellants respectfully request that the Court grant a 28-day extension of time, to December 16, 2024, to file a response to the petition for rehearing en banc.

| | |
|---|---|
| Date: November 8, 2024 | Respectfully submitted, |
| Ken Paxton<br>*Attorney General* | /s/ *Allyson N. Ho*<br>Allyson N. Ho<br>Bradley G. Hubbard |
| Brent Webster<br>*First Assistant Attorney General* | Stephen J. Hammer<br>Savannah C. Silver<br>Jason Muehlhoff |
| Aaron Nielson<br>*Solicitor General* | GIBSON, DUNN & CRUTCHER LLP<br>2001 Ross Avenue, Suite 2100<br>Dallas, Texas 75201 |
| James Lloyd<br>*Deputy Attorney General for*<br>*Civil Litigation* | Telephone: (214) 698-3100<br>Facsimile: (214) 571-2900 |
| | Prerak Shah |
| /s/ *Lanora Pettit*<br>Lanora Pettit<br>*Principal Deputy Solicitor General* | GIBSON, DUNN & CRUTCHER LLP<br>811 Main Street, Suite 3000<br>Houston, Texas 77002<br>Telephone: (346) 718-6600 |
| Kimberly Gdula<br>*Chief*<br>*General Litigation Division* | Facsimile: (346) 718-6620 |
| Karl E. Neudorfer<br>*Assistant Attorney General*<br>*Administrative Law Division* | |
| Clayton R. Watkins<br>*Assistant Attorney General*<br>*Administrative Law Division* | |

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548, Capitol Station
Austin, Texas 78711
Telephone: (512) 463-2120
Facsimile: (512) 370-0667

COUNSEL FOR DEFENDANTS-APPELLANTS

# CERTIFICATE OF SERVICE

I certify that, on November 8, 2024, a true and correct copy of this brief was served via CM/ECF on all counsel of record.

                                    /s/ *Allyson N. Ho*
                                    Allyson N. Ho

# CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the typeface requirements of Rule 32(a)(5) and the typestyle requirements of Rule 32(a)(6) because it was prepared in 14-point New Century Schoolbook, a proportionally spaced typeface, using Microsoft Word for Microsoft 365. This motion complies with the type-volume limitation of Rule 32(a)(7)(B) because it contains 330 words, excluding the parts exempted by Rule 32(f).

I certify that: (1) any required privacy redactions have been made, 5th Cir. R. 25.2.13; (2) the electronic submission of this document is an exact copy of any corresponding paper document, 5th Cir. R. 25.2.1; and (3) the document has been scanned for viruses with the most recent version of a commercial virus-scanning program and is free of viruses.

                                    /s/ *Allyson N. Ho*
                                    Allyson N. Ho