

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

LANORA C. PETTIT  
Principal Deputy Solicitor General

(512) 463-2127  
Lanora.Pettit@oag.texas.gov

January 24, 2025

**Via CM/ECF**

Lyle W. Cayce, Clerk of Court  
U.S. Court of Appeals for the Fifth Circuit

 Re: No. 24-40248; *M.D. v. Abbott*

Dear Mr. Cayce:

 I am writing to advise the Court of my withdrawal as counsel for Appellants Greg Abbott, in his official capacity as Governor of the State of Texas; Cecile Erwin Young, in her official capacity as Executive Commissioner of the Health and Human Services Commission of the State of Texas; and Stephanie Muth, in her official capacity as Commissioner of Texas Department of Family and Protective Services in the above-referenced case, as I am leaving my employment with the Office of the Attorney General.

           Respectfully submitted.

           /s/ Lanora C. Pettit

           Lanora C. Pettit  
           Principal Deputy Solicitor General

cc: all counsel of record (via e-mail)